UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN CRAWFORD,

     Plaintiff,

-against-

METRO-NORTH COMMUTER RAILROAD,

     Defendant.

**ORDER**

24-CV-04789 (PMH)

PHILIP M. HALPERN, United States District Judge:

  Discovery in this matter ended on March 17, 2025. (Doc. 10). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on April 16, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on April 16, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to June 30, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by June 30, 2025.

  The case management conference scheduled for May 20, 2025 is adjourned *sine die*.

SO ORDERED:

Dated: White Plains, New York
   May 12, 2025

                _____
                Hon. Philip M. Halpern
                United States District Judge