UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN CRAWFORD,

                Plaintiff,

v.

METRO-NORTH COMMUTER RAILROAD,

                Defendant.
-----------------------------------------------------------X

ORDER

24-cv-04789-PMH

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: White Plains, New York
         May 30, 2025

                                            _____
                                            Hon. Philip M. Halpern
                                            United States District Judge